McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB (SBN 166452)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Federal Defendants United States of America and National Health Services, Inc. dba Joy Carino Kimpo Family Medical Center

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR CEJA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DELANO REGIONAL MEDICAL CENTER, SANDRA SCHAEFER, M.D., and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 1:06-cv-00858-AWI-DLB<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND ORDER**<br><br>**ORDER DENYING MOTION TO SUBSTITUTE AS MOOT** |

Plaintiff Salvador Ceja ("Plaintiff") and Federal Defendants United States of America and National Health Services, Inc. dba Joy Carino Kimpo Family Medical Center ("Federal Defendants"), by and through undersigned counsel, hereby stipulate to dismissal of the action against Federal Defendants without prejudice. Plaintiff and Federal Defendants shall each bear his/their own costs.

　　　　　　　　　　　　　　　　Respectfully submitted,

Dated:  August 1, 2006.

　　　　　　　　　　　　By:  /s/Craig A. Edmonston
　　　　　　　　　　　　　　　CRAIG A. EDMONSTON
　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　Salvador Ceja

1
STIPULATION OF DISMISSAL WITHOUT PREJUDICE; [PROPOSED] ORDER THEREON

Dated:  August 1, 2006.              McGREGOR W. SCOTT
                                     United States Attorney

                                By:  /s/Kimberly A. Gaab
                                     KIMBERLY A. GAAB
                                     Assistant U.S. Attorney
                                     Attorneys for Federal
                                     Defendants United States of
                                     America and National Health
                                     Services, Inc. dba Joy Carino
                                     Kimpo Family Medical Center

## ORDER

Plaintiff and Federal Defendants seek dismissal of the action against Federal Defendants pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.  Rule 41(a)(1), in relevant part, reads:

> an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action. Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice, except that a notice of dismissal operates as an adjudication upon the merits when filed by a plaintiff who has once dismissed in any court of the United States or of any state an action based on or including the same claim.

Rule 41(a)(1)(ii) thus allows the parties to dismiss an action voluntarily, after service of an answer, by filing a written stipulation to dismiss signed by all of the parties who have appeared, although an oral stipulation in open court will also suffice.  <u>Carter v. Beverly Hills Sav. & Loan Asso.</u>, 884 F.2d 1186, 1191 (9th Cir. 1989); <u>Eitel v. McCool</u>, 782 F.2d 1470, 1472-73 (9th Cir. 1986).  Because Plaintiff has filed a stipulation for dismissal with prejudice as to Federal Defendants under Rule

41(a)(1)(ii) that is signed by all parties who have made an appearance, the action against Federal Defendants has terminated. See Fed. R. Civ. Pro. 41(a)(1)(ii).

    Therefore, IT IS HEREBY ORDERED that Federal Defendants are DISMISSED from this action.  Federal Defendant's pending motion to substitute is DENIED was moot.

IT IS SO ORDERED.

**Dated:   August 4, 2006**            **/s/ Anthony W. Ishii**
9h0d30                                 UNITED STATES DISTRICT JUDGE

---

3
STIPULATION OF DISMISSAL WITHOUT PREJUDICE; [PROPOSED] ORDER THEREON